UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA CHALAS, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

FERMENTED SCIENCES II, INC.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2022
```

22 Civ. 4175 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 12-1. The parties request over 150 days for fact discovery, without providing an exceptional circumstance that makes more than 120 days of fact discovery necessary. *Id.* ¶ 5. Further, the parties have not agreed to a method of alternative dispute resolution. *Id.* ¶ 10. Finally, Plaintiff proposes a schedule for his anticipate class certification motion, and Defendant notes that it will file a motion to dismiss, *id.* ¶ 13, however, the parties must file pre-motion letters in accordance with the Court's Individual Rules in Civil Cases. Accordingly, by **July 25, 2022**, the parties shall file a revised case management plan with 120 days for fact discovery, an agreed upon method of dispute resolution, and the text in paragraph 13 omitted.

    SO ORDERED.

Dated: July 18, 2022
       New York, New York

                                          ANALISA TORRES
                                  United States District Judge